# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA NAVARRO, | ) | No. EDCV 13 - 00078 MAN |
| | ) | |
| Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Acting Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation For Award Of EAJA Fees ("Stipulation"), filed on October 15, 2014, IT IS ORDERED that the plaintiff is awarded EAJA fees in the amount of TWO THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($2,600.00) subject to the terms of the stipulation.

DATE: October 20, 2014     /s/ Margaret A. Nagle

MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-